**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Eddie John David, Jr.,** | No. CV08-00591-PHX-MHM |
| Plaintiff, | |
| v. | **ORDER** |
| **Portfolio Recovery Associates, LLC**, | |
| Defendant. | |

Plaintiff and Defendant having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 13th day of June, 2008.

_____
Mary H. Murguia
United States District Judge